1   Robert A. McFarlane, No. 172650
    S. Mark Varney, No. 121129
2   **CARROLL, BURDICK & McDONOUGH** LLP
    Attorneys at Law
3   44 Montgomery Street, Suite 400
    San Francisco, CA  94104
4   Telephone:    415.989.5900
    Facsimile:    415.989.0932
5   Email:        rmcfarlane@cbmlaw.com
                  mvarney@cbmlaw.com
6
    Attorneys for Defendant
7   BRK BRANDS INC.

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12   SAN FRANCISCO TECHNOLOGY INC.,        No. 5:11-cv-00354 EJD

13                     PLAINTIFF,           [PROPOSED] ORDER RE STIPULATION FOR
                                            WITHDRAWAL OF MOTION TO STAY
14         V.                               WITHOUT PREJUDICE

15   BRK BRANDS INC.                        Judge:  Hon. Edward J. Davila
                                            Date:   September 9, 2011
16                     DEFENDANTS.          Time:   9:00 am
                                            Courtroom: 1, 5th Floor
17
                                            Complaint Filed:  July 8, 2010
18

19         Having considered the Stipulation for Withdrawal of Motion to Stay Without

20   Prejudice, the Court hereby ORDERS that Defendant BRK Brands, Inc. may withdraw its

21   motion to Stay Discovery, presently set for hearing on September 9, 2011, without

22   prejudice to it being re-filed in the event that the parties do not consummate their

23   settlement.

24         Dated:  ___July 1, 2011___

25

26                              _____

27                              Edward J. Davila
                                U.S. District Judge

28

CBM-SF\SF516817