1  Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
   Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
2  Benjamin R. Lemke, Esq. (Cal. Bar No. 271706)
   Mount, Spelman & Fingerman, P.C.
3  Riverpark Tower, Suite 1650
4  333 West San Carlos Street
   San Jose CA  95110-2740
5  Phone: (408) 279-7000
   Fax:    (408) 998-1473
6  Email: kspelman@mount.com; dfingerman@mount.com;
7         blemke@mount.com

8  Counsel for San Francisco Technology Inc.



7/14/2011

United States District Court
Northern District of California, San Jose Division

| San Francisco Technology Inc. | Case No. 5:11-cv-00354-EJD-PSG |
|---|---|
| Plaintiff | **Stipulation for Dismissal of BRK Brands Inc.** |
| vs. | |
| BRK Brands Inc. | |
| Defendant | |

1    Relator San Francisco Technology, Inc. and Defendant BRK Brands Inc., pursuant to Fed. R.
2    Civ. P. 41(a), stipulate to the dismissal of all claims asserted in this action with prejudice, with each
3    party to bear its own costs, expenses and attorneys fees.  The Clerk shall close this file.

Date: July 6, 2011                          Mount, Spelman & Fingerman, P.C.
                                                    /s/ Benjamin R. Lemke
                                            Counsel for San Francisco Technology Inc.

Date: July 6, 2011                          Carroll, Burdick & McDonough LLP
                                                    /s/ Robert A. McFarlane
                                            Counsel for BRK Brands Inc.

    As the attorney electronically filing this document, I attest that each above signatory has concurred in this filing.

Date: July 6, 2011                          Mount, Spelman & Fingerman, P.C.
                                                    /s/ Benjamin R. Lemke
                                            Counsel for San Francisco Technology Inc.

Case No. 5:11-cv-00354-EJD-PSG                                                          Page 1
Stipulation for Dismissal of BRK Brands Inc.